IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**WESCO INSURANCE COMPANY** *and*  **PLAINTIFF**
**AmTRUST INTERNATIONAL**
**UNDERWRITERS DAC**

v.  **CIVIL ACTION NO. 2:20-cv-159-TBM-MTP**

**LeFREDDERICK DOVE** *and*
**S & D MOBILE HOME MOVERS, LLC**  **DEFENDANTS**

## ORDER

This matter came before the Court on Plaintiffs' Motion [86] for Summary Judgment, and Defendants' Motions [88], [90] for Summary Judgment, on April 11, 2022. At the hearing conducted in this matter on April 11, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that Plaintiffs' Motion for Summary Judgment [86] should be denied as to AmTrust and moot as to Wesco, and the Defendants' Motions for Summary Judgment [88], [90] should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons on the record at the hearing held on April 11, 2022, the Plaintiffs' Motion [86] is DENIED as to AmTrust and MOOT as to Wesco.

IT IS FURTHER ORDERED that that Defendant's Motion [88] is DENIED.

IT IS FURTHER ORDERED that Defendant's Motion [90] is DENIED.

THIS, the 12th day of April, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE