IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DISTRICT

**WESCO INSURANCE COMPANY, ET AL.**                                      **PLAINTIFFS**

**V.**                                    **CIVIL ACTION NO. 2:20-CV-159-TBM-MTP**

**LAFREDDRICK DOVE, ET AL.**                                             **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

Plaintiff, Wesco Insurance Company ("Wesco"), and Defendants, Lafreddrick Dove ("Dove") and S&D Mobile Home Movers, LLC ("S&D"), by and through their respective counsel, have agreed to and announced to the Court that the Commercial Auto Policy issued by Wesco to S&D bearing Policy No. WPP1588632 01 does not apply to the underlying action by Dove against S&D in Jasper County, Mississippi, because there was no commercial vehicle involved in the incident that is the subject of the state court action. For this reason, Dove does not have a viable claim against the Wesco Policy issued to S&D.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Wesco Insurance Company's claims against Defendants are hereby DISMISSED with each party to bear their own costs.

SO ORDERED, this 2nd day of May, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT COURT JUDGE

Agreed:

| | |
|---|---|
| */s/ B. Lyle Robinson* | /s/ C. Michael Ellingburg |
| B. Lyle Robinson (MS Bar No. 100015) | C. Michael Ellingburg (MS Bar. No. 5496) |
| TAYLOR, WELLONS, POLITZ & DUHE, LLC | ELLINGBURG LAW FIRM PLLC |
| 100 Webster Circle, Suite 104 | 232 Market Street |
| Madison, Mississippi 39110 | Flowood, Mississippi 39232 |
| **Attorney for Wesco Insurance Company** | **Attorney for S&D Mobile Home Movers, LLC** |

*/s/ John N. Satcher, II*
John N. Satcher, II (MS Bar. No. 100927)
SATCHER LAW FIRM, PLLC
Post Office Box 12369
Jackson, Mississippi 39236
**Attorney for LaFredderick Dove**